UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARY THOMAS,

        Plaintiff,    :

  v.                                Case No. 2:20-cv-5268
                                     Judge Sarah D. Morrison
                                     Magistrate Judge Kimberly A.
KEVIN O BRIEN &amp;                      Jolson
ASSOCIATES CO., L.P.A., *et al.*,  :

        Defendants.

## ORDER

In a Report and Recommendation issued on October 4, 2021, the Magistrate Judge recommended that this Court dismiss Plaintiff's Complaint for failure to prosecute under Federal Rule of Civil Procedure 41. (ECF No. 4.) Although Plaintiff was advised on the right to file objections to the Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is accordingly **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Plaintiff's Complaint (ECF No. 1) is **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket of the United States District Court for the Southern District of Ohio.

IT IS SO ORDERED.

/s/ Sarah D. Morrison
SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE